# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STACY GELVIN**, : | **CIVIL ACTION NO. 1:09-CV-0261** |
| : | **CIVIL ACTION NO. 1:09-CV-2313** |
| **Plaintiff** : | |
| : | **(CONSOLIDATED)** |
| v. : | |
| : | **(Judge Conner)** |
| **THE COMMONWEALTH OF** : | |
| **PENNSYLVANIA and** : | |
| **PENNSYLVANIA STATE POLICE,** : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 24th day of February, 2010, upon consideration of plaintiff's concurred-in motion (Civil Action No. 1:09-CV-0261, Dkt. No. 16) to consolidate the above-captioned cases, and it appearing that the above-captioned cases involve common parties and common questions of fact and law, see FED. R. CIV. P. 42(a); see also Cella v. Togum Constructeur Ensembleier en Industrie Alimentaire, 173 F.3d 909, 912-13 (3d Cir. 1999) (discussing consolidation), it is hereby ORDERED that:

1. The motion (Civil Action No. 1:09-CV-0261, Dkt. No. 16) to consolidate is GRANTED. The above-captioned cases are CONSOLIDATED for all purposes.

2. The Clerk of Court is directed to CONSOLIDATE the case docketed as Civil Action No. 1:09-CV-2313 into the case docketed as Civil Action No. 1:09-CV-0261, and to CLOSE the case docketed as Civil Action No. 1:09-CV-2313.

3. All future documents filed in this consolidated case shall be filed under the case docketed as Civil Action No. 1:09-CV-0261.

                                            S/ Christopher C. Conner
                                            CHRISTOPHER C. CONNER
                                            United States District Judge